**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kimberly WILLIAMS, Defendant–Appellant.**

**No. 07–10201.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Dec. 23, 2009.

Mark J. McKeon, AUSA, USF—Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Joan Jacobs Levie, Esq., Law Offices of Joan Jacobs Levie, Fresno, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Kimberly Williams appeals from the district court's order denying her motion to dismiss her citation for misappropriation of property, in violation of 36 C.F.R. § 2.30(A)(3), or in the alternative, to suppress the statements she made to National Park Service Rangers during her detention. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Williams contends that the district court erred by declining to suppress her confession and dismiss her citation because the 28–hour delay between her arrest and arraignment violated Federal Rule of Criminal Procedure 5(a), as construed by *McNabb v. United States,* 318 U.S. 332, 63 S.Ct. 608, 87 L.Ed. 819 (1943), and *Mallory v. United States,* 354 U.S. 449, 77 S.Ct. 1356, 1 L.Ed.2d 1479 (1957). This contention lacks merit because Williams confessed within six hours of arrest, and there is no indication in the record that the confession was made involuntarily. *See* 18 U.S.C. § 3501(c); *see also Corley v. United States,* —— U.S. ——, 129 S.Ct. 1558, 1571, 173 L.Ed.2d 443 (2009).

Williams also contends that the pre-arraignment delay violated her Fourth Amendment rights. We reject this contention because Williams has failed to rebut the presumption that the delay was constitutional. *See County of Riverside v. McLaughlin,* 500 U.S. 44, 56–57, 111 S.Ct. 1661, 114 L.Ed.2d 49 (1991); *see also Kanekoa v. City & County of Honolulu,* 879 F.2d 607, 611–12 (9th Cir.1989).

AFFIRMED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

